# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1649
_____

HEATHER L. ROMINGER, f/k/a
HEATHER L. CAMPBELL,

     Appellant,

     v.

JOHNNY R. CAMPBELL,

     Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jan Schackelford, Judge.

March 21, 2018


PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J. and, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mark Lee Smith, Pensacola, for Appellant.

William F. Duane, Mill Valley, CA, for Appellee.